United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERRY CHIU, | No. C 05-01336 CRB |
| Plaintiff, | **ORDER GRANTING MOTION TO REMAND** |
| v. | |
| CGI-AMS (US), LLC and CGI GROUP, INC., | |
| Defendant. | |

    For the reasons stated by the Court during the hearing on plaintiff's motion to remand, said motion is hereby GRANTED. This case is therefore REMANDED to the Superior Court of the State of California, County of San Mateo.

    Plaintiff's motion for fees is DENIED.

    **IT IS SO ORDERED.**

Dated: June 3, 2005

/s/
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1336\remand order.wpd